# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| HARBOR HEIGHTS, INC., ) | Chapter 7 |
| ) | Case No. 19-20649 PGC |
| Debtor. ) | |

## ORDER APPROVING APPLICATION OF ANTHONY J. MANHART, CHAPTER 7 TRUSTEE, TO EMPLOY KEENAN AUCTION COMPANY

Upon consideration of the Application of Anthony J. Manhart, Chapter 7 Trustee, to Employ Keenan Auction Company (the "Application"), dated April 28, 2020, filed by Anthony J. Manhart, Chapter 7 Trustee (the "Trustee") of the estate of Harbor Heights, Inc. ("Debtor"), requesting entry of an Order for authority to employ Keenan Auction Company ("Keenan") as auctioneer in order to sell certain assets of Debtor's estate to the highest bidder, due notice of the Application having been given to all parties entitled thereto, good and sufficient cause appearing therefore, no hearing thereon being necessary, the Court being satisfied Keenan does not hold or represent an interest adverse to the estate, that Keenan is a disinterested person within the meaning of §§ 327(a) and 101(14) of the United States Bankruptcy Code, and that the Trustee's employment of Keenan on the terms set forth in the Auction Proposal (as defined in the Application) is in the best interest of the estate and its creditors, the requirements of Federal Rule of Bankruptcy Procedure 2014 and D. Me. LBR 2014-1, 2014-2, 2014-3, and 9013-1(d)(5) being satisfied, it is therefore hereby

## ORDERED, ADJUDGED, AND DECREED

that the Application be, and hereby is, APPROVED, and that the Trustee's employment of Keenan as prayed for in the Application is allowed and granted upon the terms and conditions as detailed in the Auction Proposal; and it is hereby further

## ORDERED, ADJUDGED, AND DECREED

that this Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: May 1, 2020

/s/ Peter G. Cary
Peter G. Cary, Chief Judge
United States Bankruptcy Court

15570741.1